**1086**        150 NEW YORK SUPPLEMENT

FAUCETT, Appellant, v. SEIPP, Respondent. (Supreme Court, Appellate Division, First Department. November 20, 1914.) Action by John Faucett against Charles Seipp. W. L. Stout, of New York City, for appellant. C. S. Petrasch, of New York City, for respondent. No opinion. Order affirmed, with costs. Order filed.

FINDLAY et al., Appellants, v. GOETZ et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Willis J. Findlay and another against John Goetz and another. No opinion. Judgment affirmed, with costs.

FISHER, Appellant, v. FISHER, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Robert L. Fisher against Florence E. Fisher. G. G. Battle, of New York City, for appellant. P. Carpenter, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

FITZPATRICK, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by William H. Fitzpatrick against the City of New York. No opinion. Judgment unanimously affirmed, with costs.

FLOOD, Respondent, v. DUVAL et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Delia Flood, as administratrix, etc., of Eugene Burns, deceased, against George Howard Duval and another. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event, upon the ground that the evidence does not show that the deceased was a traffic policeman, as charged at folios 416 and 417.

FONTANELLA v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Louis Fontanella against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 149 N. Y. Supp. 1082.

FORD v. CENTRAL R. OF NEW JERSEY. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Harry Ford against the Central Railroad of New Jersey. No opinion. Motion granted, with $10 costs. Order filed.

In re FORRESTER. (Supreme Court, Appellate Division, First Department. December, 24, 1914.) In the matter of James Forrester. No opinion. Referred to Hon. John J. Freedman, official referee. Settle order on notice.

FORRESTER, Respondent, v. EARLE, Appellant. (Supreme Court, Appellate Division, Second Department. November 13, 1914.) Action by James Forrester against Helen Hicks Earle. PER CURIAM. Judgment and order unanimously affirmed, with costs. PUTNAM, J., took no part.

FRANCE, Respondent, v. KELLEY, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Florence France against William A. Kelley. No opinion. Judgment and order unanimously affirmed, with costs.

FRANK et al., Respondents, v. CARTER, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Julius Frank and another against Theodore Carter. No opinion. Motion granted. See, also, 149 N. Y. Supp. 268.

FRANKEL, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Morris Frankel, an infant, etc., against the City of New York. E. C. Kindleberger, of New York City, for appellant. S. Leavitt, of New York City, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed. McLAUGHLIN and CLARKE, JJ., dissent.

FRIED v. NEW YORK, N. H. & H. R. CO. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Oscar Fried against the New York, New Haven & Hartford Railroad Company. No opinion. Motion granted, unless the defendant move at the next Special Term; otherwise, motion denied, without costs.

FRISCH, Respondent, v. DUSSAULT, Appellant. (Supreme Court, Appellate Division, Third Department. November 25, 1914.) Action by Joseph Frisch against Emeline Dussault. No opinion. Motion granted, unless the appellant pays $20 costs and serves his proposed case within 20 days, in which case motion is denied, without costs.

FRITZ, Respondent, v. HEDGES, Appellant. (Supreme Court, Appellate Division, Second Department. December 18, 1914.) Action by Lawrence H. Fritz, an infant, by Herman Fritz, his guardian ad litem, against Dayton Hedges. No opinion. Judgment and order unanimously affirmed, with costs.

F. WILLIAM STOCKER, Inc., Appellant, v. FICKLEN et al., Respondents. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by F. William Stocker, Incorporated, against William E. Ficklen and others. F. E. Montgomery, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.